# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00093-CV
_____

**JAMES TAYLOR, INDIVIDUALLY AS WRONGFUL DEATH BENEFICIARY OF DORIS HAYNIE AND ON BEHALF OF THE ESTATE OF DORIS HAYNIE, Appellant**

**V.**

**ACTAVIS, INC., ACTAVIS TOTOWA, LLC, ACTAVIS ELIZABETH, LLC, MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN BERTEK PHARMACEUTICALS, INC. AND UDL LABORATORIES, INC., Appellees**

_____

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause No. D-090397HC**

_____

### ORDER

Appellant, James Taylor, Individually as Wrongful Death Beneficiary of Doris Haynie and on Behalf of The Estate of Doris Haynie, and appellees Actavis, Inc., Actavis Totowa, LLC, Actavis Elizabeth, LLC, Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Bertek Pharmaceuticals, Inc. and UDL Laboratories, Inc., filed a joint motion to abate the appeal. The parties have informed the Court that they have reached a settlement as to all

1

matters in dispute between them and they are in the process of preparing the settlement documents.

It is, therefore, ORDERED that the appeal is ABATED for sixty days. All appellate timetables are suspended while the appeal is abated. The appeal will be reinstated without further order of this Court in sixty days unless before that date the appellant files a motion to dismiss the appeal, the parties file a joint motion to vacate the judgment and dismiss the cause, or the parties notify the Court that they require further time to complete the settlement.

ORDER ENTERED November 8, 2012.

PER CURIAM

Before McKeithen, C.J., Gaultney and Horton, JJ.